# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2021

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| EDUARDO LEDESMA | ) |
| _Petitioner_ | ) |
| v. | ) Case No. _____ |
| J.M. WILNER, Warden, FCI Florence | ) _(Supplied by Clerk of Court)_ |
| _Respondent_ | ) |

_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Eduardo Ledesma
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: USP Leavenworth
   (b) Address: FCI Florence
   P.O. Box 6000, Florence, CO 81226
   (c) Your identification number: Reg. No. 17154-029

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Northern District of Iowa (Western Division)
      (b) Docket number of criminal case: 5:17-cr-04031-LTS-KEM-5
      (c) Date of sentencing: 07/24/2018
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: N/A

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other *(explain)*: Sentencing Enhancement

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Northern District of Iowa (Western Division)

   (b) Docket number, case number, or opinion number: 5:17-cr-04031-LTS-KEM-5

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Career Offender Enhancement

   (d) Date of the decision or action: 07/25/2018

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes     ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes          ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes          ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal:   N/A

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes          ☑ No

    If "Yes," answer the following:

    (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

         ☐ Yes          ☑ No

         If "Yes," provide:
         (1) Name of court:
         (2) Case number:
         (3) Date of filing:
         (4) Result:
         (5) Date of result:
         (6) Issues raised:

    (b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

         ☐ Yes          ☑ No

         If "Yes," provide:
         (1) Name of court:
         (2) Case number:
         (3) Date of filing:
         (4) Result:
         (5) Date of result:
         (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: § 2255 is inadequate or ineffective by satisfying four conditions:

(1) "the existence of a new interpretation of statutory law,"

(2) "issued after the petitioner had a meaningful time to incorporate the new interpretation into his direct appeals or subsequent motions,"

(3) that is retroactive, and

(4) applies to the petition's merits such that it is "more likely than not that no reasonable juror would have convicted" the petitioner.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes       ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Whether, Ledesma's conviction is unconstitutional because he is actually innocent of having been a career offender.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
**Please see Memorandum of Law in Support.**

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Ledesma should be resentenced based on 500 grams or more of methamphetamine or 50 grams or more of actual methamphetamine; and without the career offender enhancement, in view of the fact that his terroristic threats conviction does not qualify as predicate offense under the career offender guideline.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: February 22, 2021

Ledesma, Eduardo
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

EDUARDO LEDESMA
REG. NO. 17154-029
FCI FLORENCE
FEDERAL CORR. INSTITUTION
P.O. BOX 6000
FLORENCE, CO 81226

February 22, 2021

Mr. Jeffrey P. Colwell Esq.
Clerk of Court
U. S. District Court
District of Colorado
Denver Division
901 19th Street
Denver, CO 80294

    RE:  *Ledesma v. Wilner, Warden, FCI Florence*
          Civil No. __:21-cv-_____
          Crim No. 5:17-cr-04031-LTS-KEM-5

Dear Mr. Colwell:

    Enclosed please find and accept for filing Petitioner's Application for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Memorandum of Law in Support. Please submit these documents to the Court. The five dollar ($5.00) filing fee will be forthcoming as soon as the § 2241 Petition is docketed by the Court.

    Thank you for your assistance in this matter.

                                            Sincerely,

                                            *Ledesma, Eduardo*
                                            EDUARDO LEDESMA
                                            Appearing *Pro Se*

*Encl. as noted*