Eduardo Ledesma
17154-029
FCI-Florence
P.O. Box 6000
Florence, CO. 81226

Mr. Jeffery P. Colwell Esq.
Clerk of the Court U.S. District Court
District of Colorado Denver Division
901 19th Street
Denver, Colorado 80294





RaoB

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT